No. 00–511. VERIZON COMMUNICATIONS INC. ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.;
No. 00–555. WORLDCOM, INC., ET AL. *v.* VERIZON COMMUNICATIONS INC. ET AL.;

No. 00–587. FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* IOWA UTILITIES BOARD ET AL.;

No. 00–590. AT&T CORP. *v.* IOWA UTILITIES BOARD ET AL.; and

No. 00–602. GENERAL COMMUNICATIONS, INC. *v.* IOWA UTILITIES BOARD ET AL. C. A. 8th Cir. [Certiorari granted, 531 U. S. 1124.] Motion of the Solicitor General for divided argument granted. Motion of BellSouth Corp. et al. for additional time for oral argument granted. Thirty additional minutes allotted for that purpose to be divided as follows: 45 minutes for petitioners in No. 00–511, 15 minutes for petitioners in Nos. 00–555 and 00–590, and 30 minutes for the Solicitor General. JUSTICE O'CONNOR took no part in the consideration or decision of these motions.